JS-6

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | Case No. EDMC 17-06-JGB (KKx) |
| 11 | |
| 12                          Petitioner, | **ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| 13            v. | |
| 14  GT DRYWALL, INC., *dba* GT DRYWALL, and GARY TETONE, | |
| 15 | |
| 16                          Respondents. | |

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition to Enforce

19   Administrative Subpoena ("Petition"), the relevant records on file, and the

20   Amended Report and Recommendation of the United States Magistrate Judge.  No

21   objections have been filed.  The Court accepts the amended findings and

22   recommendation of the Magistrate Judge.

23        IT IS THEREFORE ORDERED that (1) the Petition is GRANTED; (2)

24   Petitioner's request to toll the statute of limitations is DENIED without prejudice;

25   and (3) Respondents GT Drywall and Gary Tetone are ordered to appear before

26   Wage and Hour Division of the United States Department of Labor to produce the

27   ///

28   ///

1  documents and answer questions related to the matters under investigation as

2  described in the Subpoena **within seven (7) days** of this Order.

3

4  Dated: July 28, 2017

5  _____

   HONORABLE JESUS G. BERNAL
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28