# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>GT DRYWALL, ET AL.,<br><br>    Respondents. | Case No. EDMC 17-0006 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for attorneys' fees filed by Plaintiff-Petitioner R. Alexander Acotsa, United States Secretary of Labor, is GRANTED. Plaintiff-Petitioner is AWARDED $5,200.00 in attorneys' fees.

Dated: January 22, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge