# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# 10499228

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

| | |
|---|---|
| EDWARD HUGLER<br><br>v.<br>PLAINTIFF(s)<br><br>GT DRYWALL, INC., et al<br><br>DEFENDANT(S) | CASE NUMBER<br>5:17-mc-00006-JGB(KK)<br><br>WARRANT FOR ARREST OF WITNESS |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest GARY TETONE and bring this witness forthwith before the District Court at 3470 Twelfth Street, Riverside, CA 92501, Courtroom 1 for the reason that the witness failed to appear after having been served with a subpoena to appear in this case.

**YOU ARE HEREBY FURTHER COMMANDED** to detain the witness in custody until the witness is discharged by the Court.

**ORDERED BY**

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>_/s/_ Maynor Galvez (951)328-2254<br>SIGNATURE OF DEPUTY CLERK | January 31, 2018, Riverside, CA 92501<br>DATE AND LOCATION OF ISSUANCE<br><br>BY: Jesus G. Bernal, U.S. District Judge<br>NAME OF JUDICIAL OFFICER |

## RETURN
This warrant was received and executed with the arrest of the above-named witness.

| DATE RECEIVED | SUBJECT ARRESTED BY USMS | NAME OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | AND ARRAIGNED ON 2-26-18 IN THE CENTRAL DISTRICT OF CALIF. Riverside | TITLE |
| DESCRIPTIVE INFORMATION FOR WITNESS CONTAINED ON PAGE TWO | | SIGNATURE OF ARRESTING OFFICER |

CR-17 (10/15)   WARRANT FOR ARREST OF WITNESS   Page 1 of 2